```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 9
Receipt Number: FLS900006514
Cashier ID: metienne
Transaction Date: 08/22/2019
Payer Name: John Pinson
------------------------------------------
CIVIL FILING FEE
 For: John Pinson
 Case/Party: D-FLS-9-19-CV-081186-000
 Amount:        $400.00
------------------------------------------
CREDIT CARD
 Amt Tendered: $400.00
------------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```

FILED BY _____ D.C.

AUG 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.