AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| John Pinson <br><br> *Plaintiff(s)* <br> v. <br> ROBINSON KEITH USTLER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 9:19-cv-81186-RKA ) ) ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        ROBINSON KEITH USTLER, Esq.
        MCCALLA RAYMER LEIBERT PIERCE, LLC
        110 SE 6th St., Ste. 2400
        Ft Lauderdale, FL 33301-5056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        John Pinson
        526 Westwood Road
        West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __AUG 2 3 2019__      _Ma_____
                                                     *Signature of Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| John Pinson ) | | |
| ) | | |
| _____ ) | | |
| *Plaintiff(s)* ) | | |
| v. ) | Civil Action No. 9:19-cv-81186-RKA | |
| ) | | |
| MCCALLA RAYMER LEIBERT PIERCE, LLC ) | | |
| ) | | |
| _____ ) | | |
| *Defendant(s)* ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    MCCALLA RAYMER LEIBERT PIERCE, LLC
    C T CORPORATION SYSTEM (Registered Agent)
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John Pinson
    526 Westwood Road
    West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: AUG 2 3 2019

Signature of Clerk or Deputy Clerk