UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81186-CIV-ALTMAN

JOHN PINSON,

    Plaintiff,
vs.

ROBINSON KEITH USTLER and
MCCALLA RAYMER LEIBER PIERCE, LLC,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires the plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* Fed. R. Civ. P. 4(m). The Plaintiff filed this action on August 22, 2019 [ECF No. 1]. As of this writing, however, the Plaintiff has not perfected service on the Defendants.

Accordingly, the Court hereby

**ORDERS** that the Plaintiff shall perfect service on the Defendants and file proof of service with the Court no later than **November 20, 2019**. Failure to serve the Defendants by that date will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record