**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81186-CIV-ALTMAN**

**JOHN PINSON,**

    *Plaintiff*,

vs.

**ROBINSON KEITH USTLER** and
**MCCALLA RAYMER LEIBER PIERCE, LLC,**

    *Defendants*.

_____/

**NOTICE OF COURT PRACTICE IN CASES**
**WITH MULTIPLE PLAINTIFFS OR DEFENDANTS**

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. To better manage the orderly progress of the case, the Court **ORDERS** that multiple Plaintiffs or Defendants shall file their motions and responses jointly, unless there are clear conflicts of position. If conflicts of position exist, the co-Plaintiffs or co-Defendants shall file a *Motion for Leave to File Separate Motions or Responses*, in which they will describe what those conflicts are. If the co-Plaintiffs or co-Defendants need more than twenty (20) pages for their motions or responses, they shall file a *Motion for Leave to File Excess Pages*, which the Court will entertain on an expedited basis. Failure to comply with any of these procedures may result in the imposition of appropriate sanctions, including the striking of the motion(s) or response(s) or dismissal of this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record