**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81186-CIV-ALTMAN**

**JOHN PINSON,**

    *Plaintiff*,
vs.

**ROBINSON KEITH USTLER** and
**MCCALLA RAYMER LEIBER PIERCE, LLC,**

    *Defendants*.
_____/

**ORDER**

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. On December 5, 2019, the Defendants—Robinson Ustler and McCalla, Raymer, Leibert, Pierce, LLC—filed Motions to Dismiss the Plaintiff's Complaint ("Motions") [ECF Nos. 10, 11]. Local Rule 7.1(c) of the United States District Court for the Southern District of Florida provides: "For all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). The Plaintiff has failed to respond to the Motions or to seek an extension of time within which to do so. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that the Motions [ECF Nos. 10, 11] are **GRANTED by default**. The Plaintiff's Complaint [ECF No. 1] is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case.

2

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of December 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
John Pinson, *pro se*