# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81186-RKA

**John Pinson,**

  Plaintiff

vs

**ROBINSON KEITH USTLER, et. al.**

  Defendants/



FILED BY ___ D.C.

DEC 2 3 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

Plaintiff, John Pinson, hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff's knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

**Plaintiff:**

John Pinson, *pro se*

**Defendants:**

ROBINSON KEITH USTLER,

MCCALLA RAYMER LEIBERT PIERCE, LLC

Dated: December 23, 2019    Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 23, 2019

John Pinson

### Service List

*Counsel for Defendants:*
Curtis Alan Wilson
McCalla Raymer LLC
225 E. Robinson St., Suite 115
Orlando, FL 32801
Email: curtiswilson.esq@gmail.com