# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO. 9:19-cv-81186-RKA

John Pinson,

    Plaintiff

vs

ROBINSON KEITH USTLER, et. al.



# NOTICE TO THE COURT OF
# NO/IMPROPER SERVICE BY DEFENDANT

TO THE HONORABLE JUDGE OF THIS COURT:

    COMES NOW the Plaintiff, John Pinson, with this Notice of No/Improper Service by the Defendant and wishes to make the court aware that proper service of documents filed with the court is not being performed by the Defendant.

1.     On December 12, 2019 Counsel for the Defendant filed an Appearance with the court in two (2) Motions to Dismiss and failed to mail a true and correct copies to the Plaintiff of said filing. On the Certificate of Service that was annexed to the filing it stated:

"I hereby certify that on December 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing."

2. The Plaintiff is not represented by Counsel in this cause of action and therefore has no access to the CM/ECF system to receive electronic service of any filings and should be served by another means such as USPS mail.

3. The Plaintiff requests that the court notify Counsel for the Defendant of this error so Plaintiff is timely served with all future filings by the Defendants according to Fed. R. Civ. P.

Dated: December 23, 2019

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed December 23, 2019

John Pinson

### Service List

*Counsel for Defendants:*
Curtis Alan Wilson
McCalla Raymer LLC
225 E. Robinson St., Suite 115
Orlando, FL 32801
Email: curtiswilson.esq@gmail.com